**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 96-7095**

————————

EDWARD A. DUELLEY,

Plaintiff - Appellant,

versus

C. J. CEPAK; RAYMOND REED,

Defendants - Appellees,

and

JAMES C. ANDERS; WILLIAM E. MAHONEY,

Defendants.

————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District Judge.  (CA-95-1320-0-17BD)

————————

Submitted:  January 23, 1997      Decided:  February 4, 1997

————————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Edward A. Duelley, Appellant Pro Se.   Holly Saleeby Atkins, Columbia, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Duelley v. Cepak</u>, No. CA-95-1320-0-17BD (D.S.C. June 26, 1996). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>